IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Anthony Balsley
Filomena Dianne Balsley
*aka Diane Balsley*
           Debtors

Bankruptcy No. 18-33771
Judge A. Benjamin Goldgar
Chapter: 13

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO:    Anthony Balsley, 216 Bernice Ave, Northlake, IL 60164
Filomena Dianne Balsley, *aka Diane Balsley,* 216 Bernice Ave, Northlake, IL 60164
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
David H. Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

      NOW COMES U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF9 (hereinafter "Movant"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, which hereby withdraws its MOTION FOR RELIEF FROM THE AUTOMATIC STAY, originally filed on October 5, 2021.

                                        /s/ Kenneth W. Bach
                                        Kenneth W. Bach, IL ARDC 6295816

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, an attorney, certify that I served the attached notice of withdrawal by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 500 West Lincoln Highway, Merrillville, IN 46410 on October 18, 2021. The remaining parties were served by the CM/ECF electronic noticing system.

                                        /s/ Kenneth W. Bach
                                        Kenneth W. Bach, IL ARDC 6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

NOTICE:
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE