UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Anthony J. Balsley and<br>Filomena D. Balsley,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-33771<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

**ORDER DENYING WITHOUT PREJUDICE**
**MOTION TO USE SELL OR LEASE**

This matter came before the court on June 14, 2022, on the Debtors' motion to use, sell, or lease property 363(b), located at 4170 N. Scott Street, Schiller Park, IL 60176,

IT IS HEREBY ORDERED:

The debtors' motion to use, sell, or lease is denied without prejudice for improper notice reasons as stated on the record in open court.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 14, 2022