UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 18-33771
Anthony J Balsley )
Filomena D Balsley )  Chapter: 13
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO USE SELL LEASE PROPERTY

THIS CASE COMING ON TO BE HEARD on the motion of the debtors to sell property, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted. The debtors are authorized to sell debtor Filomena Balsely's interest in the property located at 4170 N Scott Street Schiller Park, IL 60176 to her brother, Angelo Boccia.

2. The debtors must pay the Chapter 13 Trustee $22,000 from the sale proceeds to be applied to the plan balance.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: July 05, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600